UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARTIRES JONATH VARGAS,

                Petitioner,

            v.                              9:08-CV-0221
                                                        (FJS/DEP)

ATTORNEY GENERAL OF THE
UNITED STATES, PETER D. KEISLER,
UNITED STATES DEPARTMENT
OF HOMELAND SECURITY/IMMIGRATION
AND CUSTOMS ENFORCEMENT,

                Respondents.

---

APPEARANCES:                              OF COUNSEL:

Martires Jonath Vargas, *pro se*
#07-R-1271
Ogdensburg Correctional Facility
One Correction Way
Ogdensburg, NY   13669

**FREDERICK J. SCULLIN, S.D.J.**:

### DECISION AND ORDER

      Presently before the Court is Magistrate Judge David E. Peebles' March 12, 2008 Report-Recommendation in which he recommends that Vargas's petition for a writ of habeas corpus be denied and dismissed without prejudice to petitioner refiling the petition in the appropriate Circuit Court of Appeals; and further recommending that petitioner's request to proceed with this action *in forma pauperis* be denied as moot and the Court having reviewed the Report-

Recommendation and the entire file in this matter and no objections to said Report-Recommendation having been filed, the Court hereby

**ORDERS** that the Report-Recommendation filed by Magistrate Judge David E. Peebles on March 12, 2008 is, for the reasons stated therein, accepted in its entirety; and the Court further

**ORDERS** that Vargas's petition for a writ of habeas corpus is **DENIED** and **DISMISSED** without prejudice to petitioner refiling the petition in the appropriate Circuit Court of Appeals, and the Court further

**ORDERS** that petitioner's request to proceed with this action in forma pauperis is **DENIED** as moot, and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of the respondents and close this case.

**IT IS SO ORDERED**.

Dated: April 2, 2008
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge